IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:91CR64 |
| | ) | |
| v. | ) | |
| | ) | |
| ANTHONY WILCHER, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

      This matter is before the Court on defendant's motion for modification or revocation of supervised release pursuant to Title 18 U.S.C. § 3583(e)(1) early termination of supervised release (Filing No. 362).  After consultation with the probation offices in both Nebraska and California, the Court finds said motion should be denied.  Accordingly,

      IT IS ORDERED that defendant's motion for early termination of supervised release is denied.

      DATED this 22nd day of June, 2006.

                    BY THE COURT:

                    /s/ Lyle E. Strom
                    _____
                    LYLE E. STROM, Senior Judge
                    United States District Court